No. 81–14.   PERAINO ET AL. *v.* UNITED STATES; and

No. 81–416.   BATTISTA ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petitions and reverse the convictions.   Reported below: 646 F. 2d 237.

No. 81–97.   A. O. SMITH CORP. *v.* NOTTELSON ET AL.; and

No. 81–323.   SMITH STEEL WORKERS D.A.L.U. 19806, AFL–CIO *v.* NOTTELSON ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.   Reported below: 643 F. 2d 445.

No. 81–501.   BONTRAGER, JUDGE, ELKHART SUPERIOR COURT NO. 2 *v.* SUPREME COURT OF INDIANA ET AL.   Sup. Ct. Ind.   Motion of California Attorneys for Criminal Justice et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.